**Richard Maina KIHARA, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 17-1142

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2017

Decided: September 6, 2017

John E. Gallagher, Catonsville, Maryland, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Mary Jane Candaux, Assistant Director, Madeline Henley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Before SHEDD, FLOYD, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Maina Kihara, a native and citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and Kihara's claims, and conclude that the Board did not abuse its discretion in denying his motion. *See* 8 C.F.R. § 1003.2(a) (2017); *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Kihara* (B.I.A. Jan. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*